

**ORDERED in the Southern District of Florida on October 11, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:

                                                         Chapter 13
                                       Case No.: 0:18-bk-25201-JKO

**CHARLES RHODES,**

      Debtor.

_____/

**ORDER ON BSI FINANCIAL SERVICES, AS SERVICING AGENT
FOR U.S. BANK TRUST, N.A., AS TRUSTEE OF THE IGLOO SERIES
III TRUST'S MOTION FOR RELIEF FROM STAY AND FOR CO-DEBTOR
RELIEF FROM STAY AS TO MANUEL VAZQUEZTELL, JR. AND LUZ M.
VAZQUEZTELL TO ENFORCE A FINAL JUDGMENT IN FORECLOSURE**

**THIS MATTER** having come before the Court on October 7, 2019 upon BSI Financial Services, as Servicing Agent for U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust's Motion for Relief From Stay and for Co-Debtor Relief From Stay as to Manuel Vazqueztell, Jr. and Luz M. Vazqueztell to Enforce Final Judgment of Foreclosure [D.E. 54] (the "Motion"). The Court, having considered this Motion, and being otherwise duly advised in the premises, it is, hereby

**ORDERED,** as follows:

*Case No.: 0:18-bk-25201-JKO*

- 2 -

1. The Motion is **GRANTED**, as set forth herein.

2. The Automatic Stay is lifted to BSI Financial Services, as Servicing Agent for U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust ("Secured Creditor"), so as to allow Secured Creditor to enforce its Final Judgment in Foreclosure and allow the state court to enter all necessary orders, judgments, and decrees associated therewith, on real property commonly described as *6137 S.W. 35th Street, Miramar, FL 33023,* and legally described as:

> **LOTS TWENTY-FIVE (25) AND TWENTY-SIX (26), BLOCK TWO (2), OF RODGERS HEIGHTS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 25, PAGE 45, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

3. The co-debtor stay as to Manuel Vazqueztell, Jr. and Luz M. Vazqueztell provided by 11 U.S.C. § 1301 is terminated as to Secured Creditor, its Successors and/or Assigns. Accordingly, the co-debtor stay is modified to permit the Secured Creditor to commence and/or proceed to prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described above.

4. This relief is *in rem* only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Secured Creditor shall not seek any *in personam* relief against the debtor without further order of the Court.

5. Secured Creditor is exempted from further compliance with Fed. Rule Bankr. P. 3002-1 in the instant bankruptcy case.

*Case No.: 0:18-bk-25201-JKO*

6.       The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq**.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, FL 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Chase A. Berger, Esq. shall serve a conformed copy of this Order upon all interested parties and shall file a Certificate of Service within three (3) days from the entry date of this Order.